# United States District Court
# For The Western District of North Carolina
# Bryson City Division

| | |
|---|---|
| WILLIAM FRANKLIN CALCUTT, | |
| Plaintiff, | JUDGMENT REGARDING ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 IN A CIVIL CASE |
| vs. | 2:10cv24 |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

DECISION BY COURT. This action having come before the Court by the Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act and the Social Security Act [Doc. 14]. And a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment regarding Attorney's Fees Under the Equal Access to Justice Act 28 U.S.C. § 2412 is hereby entered in accordance with the Court's 1/10/2012 Memorandum of Decision and Order.

Signed: January 10, 2012

Frank G. Johns, Clerk
United States District Court